IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANITE RANCH OPPORTUNITIES, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>IRIS HECKER,<br><br>    Defendant._____/ | No. C-13-4290 MMC<br><br>**ORDER REMANDING COMPLAINT TO STATE COURT** |

Before the Court is defendant Iris Hecker's ("Hecker") Notice of Removal, filed September 16, 2013,[1] by which Hecker has removed a complaint filed in state court by plaintiff Granite Ranch Opportunities, LLC ("Granite"). Having read and considered the Notice of Removal, the Court rules as follows.

In its complaint, Granite alleges one claim, specifically, a state law claim for unlawful detainer. In the Notice of Removal, Hecker asserts the complaint is removable pursuant to 28 U.S.C. § 1441 because, she contends, a federal question is presented and, alternatively, the parties are diverse in citizenship.

The instant complaint was previously removed to district court by Hecker on June 27, 2013, and was remanded to state court on September 4, 2013 by order filed by the Honorable William H. Orrick. In his order, Judge Orrick found no federal question was

---

[1] The instant action was reassigned to the undersigned on October 2, 2013.

presented by Granite's complaint, and that Hecker, a California citizen, was not entitled to remove the complaint on diversity grounds.

On September 16, 2011, less than two weeks after her first attempt at removal was unsuccessful, Hecker again removed the case to district court. In her second notice of removal, Hecker fails to allege that any new circumstance has arisen since September 4, 2013, but, rather, repeats the very same grounds she had alleged the first time she removed the case. Under such circumstances, the Court finds, for the reasons set forth in Judge Orrick's order of September 4, 2013, that Hecker has failed to show, and cannot show, a federal question is presented in Granite' complaint, and that she cannot remove the case on diversity grounds.

Accordingly, the complaint is hereby REMANDED to the Superior Court of California, in and for the County of San Mateo.

**IT IS SO ORDERED.**

Dated: October 3, 2013

MAXINE M. CHESNEY
United States District Judge